BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ERIN A. CORNELL (CABN 227135)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-6748
    Email: erin.cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CV 17-03740 KAW |
| Plaintiff, ) | WARRANT OF ARREST OF PROPERTY *IN REM* |
| v. ) | |
| APPROXIMATELY $38,500 IN UNITED ) STATES CURRENCY, ) | |
| Defendant. ) | |

TO:    ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
           DRUG ENFORCEMENT ADMINISTRATION

YOU ARE HEREBY COMMANDED to arrest and seize the defendant funds Approximately

$38,500 in United States Currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until

further Order of the Court.

Claimants of the above-described funds which is the subject of this action shall file their claims

with Clerk of the Court, Northern District of California, 1301 Clay Street, Suite 400S, Oakland,

California 94612 and serve a copy thereof upon the United States Attorney, Attention:

Erin A. Cornell, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 9th

Floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within such additional time as may be allowed by the Court.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Suite 400S, Oakland, California 94612, and copies should be served on Erin A. Cornell, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

SUSAN Y. SOONG
United States District Clerk

Dated: 7/3/17

By: _____

Susan Imbriani, Deputy Clerk